United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JORGE ALBERTO SALDANA ANZALDUA, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:19-CV-343 |
| § | |
| MILESTONE CHASSIS COMPANY, LLC, *et al.*, § § § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's order on the parties' Agreed Motion for Dismissal with Prejudice, (D.E. 43), the Court enters final judgment dismissing with prejudice all claims against Defendants in this cause. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
      June 4, 2021

1 / 1